INCREASE C. SMITH, RESPONDENT *v.* GUY R. PRENTISS
AND OTHERS, APPELLANTS.

APPEAL from a judgment of foreclosure and sale of premises in Brooklyn. The court was of opinion that the evidence was sufficient to sustain the findings of the judge at Special Term, and ordered judgment of affirmance.

*C. C. & S. F. Prentiss,* for the appellants.

*Merritt E. Sawyer,* for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., and TALCOTT, J.

Judgment affirmed, with costs.

---

JAMES A. WHITBECK, RESPONDENT, *v.* THE BUILDING
MATERIAL COMPANY, APPELLANT.

" THIS case presents for review a simple question of fact."

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment affirmed, with costs.